THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **ALLEN A. ADAMS,** | : | |
| | : | |
| Petitioner, | : | Civil Action |
| | : | No. 5:08-cv-123 (CAR) |
| v. | : | |
| | : | Petition for Writ of Habeas Corpus |
| **VICTOR WALKER,** | : | 28 U.S.C. § 2254 |
| | : | |
| Respondent. | : | |
| _____ | : | |

*ORDER ON THE ORDER AND RECOMMENDATION OF*
*THE UNITED STATES MAGISTRATE JUDGE*

Before the Court is the Order and Recommendation of the United States Magistrate Judge [Doc. 49], recommending that Respondent's motion to dismiss Petitioner's petition for writ of habeas corpus be granted. Upon review of the Recommendation, of Petitioner's objections to the Recommendation, and the entire record of the case, the Court agrees with the findings of the Magistrate Judge. Thus, the Order and Recommendation is **HEREBY ADOPTED AND MADE THE ORDER OF THE COURT**, and accordingly Petitioner's petition for writ of habeas corpus is DISMISSED.

The record in this case indicates that Petitioner is seeking habeas corpus relief from (1) a 1992 conviction in Putnam County of two violations of the Georgia Controlled Substances Act where he was sentenced to two life sentences, and (2) a 2007conviction in Putnam County of violation of the Georgia Controlled Substances Act where he received seven years probation to run consecutively to his previous sentence as well as banishment from Putnam County upon his release from prison. As the Magistrate Judge explained, Petitioner filed a previous habeas corpus petition

1

concerning the 1992 conviction in this Court in 2003 which was dismissed with prejudice as untimely filed under the provisions of the AEDPA.  Thus, because Petitioner has failed to show that he sought and received authorization from the 11th Circuit Court of Appeals to proceed with his current challenges to the 1992 conviction, this Court is without jurisdiction to entertain his Motion. Regarding Petitioner's 2007 conviction, Petitioner has not yet filed a state habeas petition on any of his claims, and thus, his claims must be dismissed for failure to exhaust his available state remedies as required by 28 U.S.C.S. § 2254(b).  The Court has reviewed Petitioner's objections and finds them to be without merit.

      **SO ORDERED**, this 23rd day of March, 2009.

      S/ C. Ashley Royal
      C. ASHLEY ROYAL
      UNITED STATES DISTRICT JUDGE

SSH