# THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| ALLEN A. ADAMS, | : | |
| | : | |
| Petitioner, | : | Civil Action |
| | : | No. 5:08-cv-123 (CAR) |
| v. | : | |
| | : | Petition for Writ of Habeas Corpus |
| VICTOR WALKER, | : | 28 U.S.C. § 2254 |
| | : | |
| Respondent. | : | |
| _____ | : | |

### *ORDER ON PETITIONER'S MOTION FOR RECONSIDERATION*

Before the Court is *pro se* Petitioner's "Motion to Vacate Judgment Enter on Exhibit 58, 59, 60" [Doc. 62]. For the following reasons, Petitioner's Motion is **DISMISSED** as a successive petition.

Petitioner initiated the instant habeas corpus proceeding on April 14, 2008, challenging both his 1992 and 2007 state-court convictions. On March 23, 2009, this Court dismissed the petition on grounds that the claims pertaining to his 1992 conviction were untimely and that he failed to exhaust administrative remedies on the claims pertaining to his 2007 conviction. Petitioner then filed a motion for reconsideration which this Court dismissed on October 7, 2009, finding the motion to be a successive federal petition for which Petitioner failed to obtain authorization from the circuit court on which to proceed.

Petitioner has now filed the current Motion to vacate "judgment" wherein he repeats the same arguments as to why he should be permitted to file a successive federal petition. In addition, he again asserts that his sentence is invalid under United States v. Booker, 543 U.S. 220 (2005).  Although he makes passing references to "acts of perjure" committed by an unidentified Attorney General, Petitioner does not identify what, how, who, or when this "perjure" occurred.  Thus, for the same reasons this Court thoroughly explained in its Order on Petitioner's Motion for Reconsideration [Doc. 61], Petitioner's current Motion to vacate is **DISMISSED** as a successive petition.  As explained previously, in order for this Court to have jurisdiction to entertain a successive petition, Petitioner must move the Eleventh Circuit Court of Appeals for an order authorizing this Court to entertain a successive petition.  See Williams v. Chatman, 510 F.3d 1290, 1293 (11th Cir. 2007).

**SO ORDERED**, this 21st day of January, 2010.

                                          S/ C. Ashley Royal
                                          C. ASHLEY ROYAL
                                          UNITED STATES DISTRICT JUDGE

SSH