THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| ALLEN A. ADAMS, | : | |
| | : | |
| Petitioner, | : | Civil Action |
| | : | No. 5:08-cv-123 (CAR) |
| v. | : | |
| | : | Petition for Writ of Habeas Corpus |
| VICTOR WALKER, | : | 28 U.S.C. § 2254 |
| | : | |
| Respondent. | : | |
| _____ | : | |

### *ORDER ON PETITIONER'S MOTION TO VACATE ORDER*

Before the Court is *pro se* Petitioner's Motion to Vacate [Doc. 68] the Court's May 25, 2010 text Order dismissing Petitioner's fourth motion for reconsideration. Despite Petitioner's arguments to the contrary, this Court does not have jurisdiction to entertain Petitioner's habeas petition.

Petitioner initiated the instant habeas corpus proceeding on April 14, 2008, challenging both his 1992 and 2007 convictions. On March 23, 2009, Judgment was entered dismissing his claims regarding his 1992 conviction as untimely and dismissing his claims regarding his 2007 conviction for failure to exhaust administrative remedies. Petitioner has since filed four motions for reconsideration arguing that his sentence is invalid under United States v. Booker, 534 U.S. 220 (2005). For the reasons this Court thoroughly explained in its Order dismissing the first motion for reconsideration [Doc. 61], each reconsideration motion was dismissed a successive petition, as this Court is without jurisdiction to consider them. See Gonzalez, 545 U.S. at 532; see also 28 U.S.C. § 2244(b)(1) ("A claim presented in a second or successive habeas corpus application under section 2254 that was presented in a prior application shall be dismissed."). In order for this Court to have jurisdiction to entertain a successive petition, Petitioner must move the Eleventh Circuit Court of

1

Appeals for an order authorizing this Court to entertain his successive petition. Williams, 510 F.3d at 1294.

In the Motion currently at bar, Petitioner's argument that the United States Magistrate Judge has authorization to entertain a successive petition is unavailing. The fact remains that Petitioner has not been given authorization by the Eleventh Circuit to proceed in this Court on a successive petition. Thus, Petitioner's Motion to Vacate [Doc. 68] is **DENIED.**

**SO ORDERED**, this 14th day of June, 2010.

S/ C. Ashley Royal
C. ASHLEY ROYAL, JUDGE
UNITED STATES DISTRICT COURT

SSH