IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| ALLEN ALPHONZO ADAMS, | : | |
| Petitioner | : | |
| VS. | : | |
| | : | CIVIL ACTION NO.: 5:08-CV-123 (CAR) |
| VICTOR L. WALKER, Warden, | : | |
| Respondent | : | |

**ORDER**

Petitioner **ALLEN ALPHONZO ADAMS** has filed a notice of appeal (ECF No. 79). It appears that on March 23, 2009, the Court adopted the United States Magistrate Judge's Recommendation and dismissed Petitioner's petition for a writ of habeas corpus. (ECF No. 56). Since that time, Petitioner has filed ten motions in this Court. (ECF No. 58, 59, 60, 62, 65, 67, 68, 73, 76, and 78). All have been denied. (ECF No. 61, 64, 72).

The Eleventh Circuit Court of Appeals has mandated that the Court construe Petitioner's notice of appeal as an application for a certificate of appealability ("COA") pursuant to 28 U.S.C. § 2253(c). *Edwards v. United States*, 114 F.3d 1083 (11th Cir. 1997). Under § 2253(c), a COA may issue only if the applicant has made a substantial showing of the denial of a constitutional right. For the reasons stated in the United States Magistrate Judge's Recommendation and this Court's Order adopting the same, the Court finds that Petitioner has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2). Accordingly, the application for a COA is **DENIED**.

**SO ORDERED**, this 1st day of May, 2012.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT COURT

lnb